IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 09-12366-J

BENNETT WARREN SCOTT,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

Appeal from the United States District Court
for the Middle District of Florida

ORDER:

Bennett Scott's motion for a certificate of appealability is DENIED because Bennett has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

Scott's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT

/s/ William H. Pryor, Jr.
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED

2009 SEP 10 PM 3: 03

For rules and forms visit
www.ca11.uscourts.gov
OCALA FL(?)

September 08, 2009

Sheryl L. Loesch
Clerk, U.S. District Court
207 NW 2ND ST RM 337
OCALA FL 34475-6666

**Appeal Number: 09-12366-J**
Case Style: Bennett Warren Scott v. USA
District Court Number: 09-00126 CV-OC-10-GRJ
SECONDARY CASE NO: 07-00017-CR-OC-10-GRJ

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "A motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Also enclosed is the record on appeal, which consists of:
 4 Volumes

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

Encl.

DIS-4 (4-2009)